# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN ANDREWS, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**PRESTIGE CARE, INC.; PRESTIGE SENIOR LIVING, LLC; MANTECA VENTURES ALF, LLC; and DOES 1-100, inclusive,**<br><br>Defendants. | Case No.: 2:18-cv-00378-JAM-KJN<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Action Filed: February 16, 2018 |

Having reviewed the terms of Plaintiff ROBIN ANDREWS ("Plaintiff") and Defendants PRESTIGE CARE, INC.; PRESTIGE SENIOR LIVING, LLC; MANTECA VENTURES ALF, LLC's ("Defendants") (jointly the "Parties") Joint Stipulation to File a First Amended Complaint (the "Joint Stipulation"), filed concurrently herewith, and for good cause appearing therefore, IT IS HEREBY ORDERED that: (1) Plaintiff may file the First Amended Complaint attached as **Exhibit 1** to the Parties' Joint Stipulation within seven (7) days of the Court's entry of this Order; and (2) Defendants' responsive pleading in this action is due 21 days from service of Plaintiff's First Amended Complaint and they need not file a response to Plaintiff's initial Complaint.

**IT IS SO ORDERED.**

Dated: 4/6/2018 /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge