| | |
|---|---|
| 1 | **MAYALL HURLEY P.C.** |
| | **ROBERT J. WASSERMAN (SBN: 258538)** |
| 2 | rwasserman@mayallaw.com |
| | **VLADIMIR J. KOZINA (SBN: 284645)** |
| 3 | vjkozina@mayallaw.com |
| 4 | 2453 Grand Canal Boulevard |
| | Stockton, California 95207-8253 |
| 5 | Telephone: (209) 477-3833 |
| | Facsimile: (209) 473-4818 |
| 6 | |
| 7 | Attorneys for Plaintiff Robin Andrews and the Putative Class |
| 8 | **HANSON BRIDGETT LLP** |
| | **DIANE MARIE O'MALLEY (SBN: 139166)** |
| 9 | domalley@hansonbridgett.com |
| | **EMILY M. CHARLEY (SBN: 238542)** |
| 10 | echarley@hansonbridgett.com |
| 11 | **ADRIANNA C. KOURAFAS (SBN: 301031)** |
| | akourafas@hansonbridgett.com |
| 12 | 425 Market Street, 26th Floor |
| | San Francisco, CA 94105 |
| 13 | Telephone: (415) 777-3200 |
| | Facsimile: (415) 541-9366 |
| 14 | |
| 15 | Attorneys for Defendants Prestige Care, Inc., |
| | Prestige Senior Living, LLC, and Manteca Ventures ALF, LLC |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANDREWS, an individual, | Case No.: 2:18-cv-00378-JAM-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO STAY CASE MANAGEMENT DEADLINES PENDING APPROVAL OF SETTLEMENT** |
| vs. | |
| PRESTIGE CARE, INC.; PRESTIGE SENIOR LIVING, LLC; MANTECA VENTURES ALF, LLC; and DOES 1-100, inclusive, | |
| Defendants. | |

/ / /

/ / /

Stipulation and Order to Stay Case Management Deadlines Pending Preliminary Approval of Settlement
Page 1 of 5

## STIPULATION

Plaintiff Robin Andrews ("Plaintiff") and Defendants Prestige Care, Inc., Prestige Senior Living, LLC, and Manteca Ventures ALF, LLC ("Defendants")(collectively the "Parties") by and through their respective counsel of record hereby stipulate, subject to court approval, to stay all case management deadlines pending approval of the settlement in the above-entitled consolidated actions.

**WHEREAS**, on February 16, 2018, Plaintiff filed this putative class action in the Eastern District of California.

**WHEREAS,** the Court set all case management deadlines on October 17, 2018, which includes the following dates: Dispositive Motion filing deadline is December 17, 2019, with any such motions to be heard on January 14, 2020; Discovery deadline is November 1, 2019; Designation of Expert Witnesses due by September 6, 2019; Final Pretrial Conference is set for February 28, 2020; and Jury Trial set for April 13, 2020 Dkt. No. 18.

**WHEREAS,** the Parties agreed to, and participated in mediation with Michael Dickstein on September 24, 2018. Although no settlement was reached during the mediation, the Parties subsequently rekindled negotiations with Mr. Dickstein and reached an agreement on September 6, 2019.

**WHEREAS,** the Parties are working cooperatively to finalize and file a long-form settlement agreement.

**WHEREAS**, Plaintiff will file a motion for preliminary approval of the settlement agreement as soon as practicable after the completion of the Parties long-from settlement agreement.

**WHEREAS,** the Parties would like to focus on the finalization of the long-form settlement agreement and the related motion, and vacate all deadlines under the currently-set schedule.

**ACCORDINGLY, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

All deadlines, including trial, as set forth in the Court's Pre-Trial Scheduling Order, Dkt. No. 18, are stayed pending approval of the settlement and, if no such approval is granted, then all

deadlines, including trial, will be re-calendared based on the date of denial of the motion for preliminary approval.

**DATED:** September 6, 2019                  **MAYALL HURLEY P.C.**

By    */ s / Robert J. Wasserman*
       ROBERT J. WASSERMAN
       VLADIMIR J. KOZINA
       Attorneys for Plaintiff and the Putative Class

**DATED:** September 6, 2019                  **HANSON BRIDGETT LLP**

By    */ s / Diane Marie O'Malley*
       DIANE MARIE O'MALLEY
       EMILY M. CHARLEY
       ADRIANNA C. KOURAFAS
       Attorneys for Defendants

## **ORDER**

For good cause appearing and the reasons set forth in the Stipulation, the Court grants the Parties stipulation to stay all deadlines, including trial, as set forth in the Court's Pre-Trial Scheduling Order, Dkt. No. 18, pending approval of the settlement and, if no such approval is granted, then all of the deadlines, including trial, will be re-calendared based on the date of denial of the motion for preliminary approval.

DATED: 9/9/2019                  /s/ John A. Mendez
                                                     U. S. DISTRICT COURT JUDGE