1  MAYALL HURLEY P.C.
   ROBERT J. WASSERMAN (SBN: 258538)
2  rwasserman@mayallaw.com
   WILLIAM J. GORHAM (SBN: 151773)
3  wgorham@mayallaw.com
   NICHOLAS F. SCARDIGLI (SBN: 249947)
4  nscardigli@mayallaw.com
5  2453 Grand Canal Boulevard
   Stockton, California 95207-8253
6  Telephone: (209) 477-3833
   Facsimile: (209) 473-4818
7

8  Attorneys for Plaintiff Robin Andrews and the Putative Class

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 | ROBIN ANDREWS, an individual,                | Case No.: 2:18-cv-00378-JAM-KJN

12 | Plaintiff,                                   | ORDER GRANTING PRELIMINARY
                                                    APPROVAL OF CLASS AND ACTION
13 | vs.                                          | SETTLEMENT

14 |                                              | Hearing
                                                    Date:      March 24, 2020
15 | PRESTIGE CARE, INC.; PRESTIGE SENIOR         | Time:      1:30 p.m.
     LIVING, LLC; MANTECA VENTURES ALF,           | Dept.:     Courtroom 6, 14th Floor
16 | LLC; and DOES 1-100, inclusive,              | Judge:     Hon. John A. Mendez

17 | Defendants.

18

19     Plaintiff Robin Andrews' Motion for Preliminary Approval of Class Action Settlement

20 ("Motion for Preliminary Approval") was set for hearing on March 24, 2020, at 1:30 p.m., before the

21 honorable John A. Mendez. The motion was determined to be suitable for decision without a court hearing

22 or oral argument ED CAL LR 230(g)

23 . The Court, having fully and

24 carefully reviewed Plaintiff's Motion for Preliminary Approval, the memorandum and declarations in

25 support thereof, the Settlement Agreement including the proposed Class Notice, as well as Defendants'

26

27

28

Order Granting Preliminary Approval of Class Action Settlement
Page 1 of 4

Notice of Non-Opposition thereto, hereby makes the following determinations and orders[1]:

1. Plaintiff Robin Andrews is preliminarily appointed as Class Representative.

2. Mayall Hurley P.C., by and through Lead Counsel Robert J. Wasserman, William J. Gorham, III, and Nicholas J. Scardigli are hereby preliminarily approved and appointed as Class Counsel.

3. Atticus Administration, LLC is appointed as the Settlement Administrator and shall administer the Settlement in accordance with the terms set forth in the Settlement Agreement and perform the functions set forth therein. The Court also preliminarily approves declared fees and costs of administering the Settlement of up to $10,000.

4. The class of employees covered by the Parties' Settlement consists of (i) all current and former hourly, non-exempt California employees of Defendants who received commissions, non-discretionary bonuses, or other items of compensation and worked overtime during one or more pay periods from February 16, 2014 through December 31, 2018; and (ii) all current and former hourly, non-exempt California employees of Defendants who worked overtime and received one or more wages statements between February 16, 2017 and December 31, 2018 . It is estimated that there are 696 total class members.

5. Pursuant to Federal Rules of Civil Procedure, Rule 23, and for purposes of settlement only, the following subclasses, are preliminarily and conditionally certified.

   a. All current and former hourly, non-exempt California employees of Defendants who received commissions, non-discretionary bonuses, or other items of compensation and worked overtime during one or more pay periods from February 16, 2014 through December 31, 2018 (the Regular Rate Subclass");

   b. All former hourly, non-exempt California employees of Defendants who received commissions, non-discretionary bonuses and/or other items of compensation and worked overtime during one or more pay periods from February 16, 2015 through the date of Preliminary Approval (the "Former Employee Subclass"); and

---

[1] All terms used in this Order Preliminary Approval of Class and Collective Action Settlement (the "Order") shall have the same meanings given those terms in the Parties' Class Action Settlement Agreement and Release of Claims ("Settlement Agreement" or "Settlement"), a copy which is attached hereto as **Exhibit A** and made a part of this Order.

  c. All current and former hourly, non-exempt California employees of Defendants who worked overtime and received one or more wage statements between February 16, 2017 and December 31, 2018(the "Wage Statement Subclass").

6. The Court grants preliminary approval of the Settlement between Plaintiff and Defendants, based upon the terms set forth in the Settlement Agreement.

7. The Settlement appears to be fair, adequate and reasonable, and the Court preliminarily approves the terms of the Settlement Agreement.

8. The Court approves, as to form and content, of the Class Notice, in substantially the form attached to the Settlement Agreement as **Exhibit 1.** The Court further approves the procedure by which Class Members may opt out of, and to object to, the Settlement as set forth in the Settlement Agreement and the Class Notice.

9. The Court directs the mailing of the Class Notice in accordance with the terms of the Settlement and on the schedule set forth below. The Court finds the dates selected for the mailing and distribution of the Class Notice meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

10. Subject to further consideration by the Court at the time of the Final Approval Hearing, the proposed PAGA allocation and payment to the LWDA is preliminarily approved.

11. Subject to further consideration by the Court at the time of the Final Approval Hearing, the proposed Service Payment of $4,250, or 1% of the Maximum Settlement Amount, to Plaintiff for her service as Class Representative is preliminarily approved.

12. Subject to further consideration by the Court at the time of the Final Approval Hearing, Class Counsel's request of attorneys' fees in the amount of one-third of the Maximum Settlement Amount, or $141,666.67, and declared costs of up to $13,000, are preliminarily approved.

///
///
///
///

13. The Court adopts the following dates and deadlines:

| | |
|---|---|
| Defendant to provide Class List to the Administrator. | Within 10 calendar days of the Court's execution of the Order Granting Preliminary Approval. |
| Administrator to mail Class Notice and establish the website. | Within 10 calendar days of its receipt of the Class List from Defendant. |
| Deadline for Class Members to object to, or opt out of, the Settlement. | Within 45 calendar days after the mailing of the Class Notice. |
| Plaintiff to file Motion for Attorneys' Fees, Costs and Service Payment. | Not less than 35 calendar days after the mailing of the Notice. |
| Deadline for Plaintiff to file Motion for Final Approval. | Not less than 28 calendar days before the Final Approval hearing. |
| Final Approval Hearing. | Not less than 95 days after the Court's execution of the Order Granting Preliminary Approval. |

14. A Final Approval hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel, and the Class Representative's Service Payment should be finally approved as fair, reasonable and adequate is scheduled in for __June 30__, 2020 at _1:30_ a.m. /~~p.m.~~

15. The parties to the Agreement are directed to carry out their obligations under the Settlement Agreement.

Dated: _March 24, 2020_

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE