**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN:  258538)**
rwasserman@mayallaw.com
**WILLIAM J. GORHAM (SBN:  151773)**
wgorham@mayallaw.com
**NICHOLAS F. SCARDIGLI (SBN:  249947)**
nscardigli@mayallaw.com
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone:  (209) 477-3833**
**Facsimile:  (209) 473-4818**

**Attorneys for Plaintiff Robin Andrews and the Putative Class**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN ANDREWS, an individual,**<br><br>        **Plaintiff,**<br><br>**vs.**<br><br>**PRESTIGE CARE, INC.; PRESTIGE SENIOR LIVING, LLC; MANTECA VENTURES ALF, LLC; and DOES 1-100, inclusive,**<br><br>        **Defendants.** | **Case No.:  2:18-cv-00378-JAM-KJN**<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLMENT**<br><br>**Date:        July 14, 2020**<br>**Time:        1:30 p.m.**<br>**Courtroom:  Courtroom 6, 14th Floor**<br>**Judge:        Hon. John A. Mendez** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

        PLEASE TAKE NOTICE that, on July 14, 2020, at 1:30p.m.., or as soon thereafter as counsel may be heard, Plaintiff Robin Andrews ("Plaintiff"), will bring on for hearing before the Honorable Judge John A. Mendez, in Courtroom 6, 14th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, this unopposed Motion for Final Approval of Class Action Settlement (the "Motion").  The Motion with be heard concurrently with Plaintiff's Fee Motion (Dkt. No. 25).

        Plaintiff's Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Supplemental Declarations of Robert J. Wasserman and Atticus Administration, the pleadings and papers filed in this case, including Plaintiff's Separately filed Fee

Motion and supporting documents (Dkt. No. 25), and on any oral argument this Court Permits.

Defendants Prestige Care, Inc., Prestige Senior Living, LLC, and Manteca Ventures, ALF

(collectively "Defendants") do not oppose the Motion.

**DATED:** June 15, 2020                    **MAYALL HURLEY P.C.**

                                    By _____*/s/ Robert J. Wasserman*_____
                                        ROBERT J. WASSERMAN
                                        Attorneys for Plaintiff and the Putative Class